# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ALLIANZ GLOBAL CORPORATE AND SPECIALTY NORTH AMERICA, et al.,

Defendants.

2:11-CV-798 JCM (RJJ)

## ORDER

Presently before the court is plaintiffs St. Paul Fire and Marine Insurance Company, et. al.'s motion to stay arbitration proceedings. (Doc. #5). This motion was filed on May 18, 2011. (Doc. #5). The motion originally was assigned to Magistrate Judge Robert Johnston. On December 28, 2011, the motion was referred to this court.

On October 19, 2011, five months after plaintiffs filed the motion to stay arbitration proceedings, plaintiffs filed a notice of settlement. (Doc. #6). Therefore, the motion to stay arbitration proceedings is no longer timely.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs St. Paul Fire and Marine Insurance Company, et. al.'s motion to stay arbitration proceedings (doc. #5) be, and the same hereby is, DENIED as moot.

DATED January 4, 2012.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**